IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DARLA DAVIS | § | |
| | § | |
| VS. | § | ACTION NO. 4:17-CV-927-Y |
| | § | |
| NANCY A. BERRYHILL, Acting | § | |
| Commissioner of the Social | § | |
| Security Administration | § | |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

The Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendations of the United States magistrate judge filed on July 11, 2018; and

3. Plaintiff's objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on July 20, 2018.

Plaintiff makes the same arguments in her objections that were addressed in great detail in the magistrate judge's findings. This Court, after de novo review, concludes that the Commissioner's decision should be affirmed for the reasons stated in the magistrate judge's findings.[1]

It is ORDERED that the findings, conclusions, and recommendation of the magistrate judge should be and are hereby ADOPTED. The

---

[1] The magistrate judge's findings erroneously state that Plaintiff's date of birth was "August 26, 1964." (Findings, Conclusions, and Recommendation (doc. 20 ) 3.) Plaintiff's objections instead contend, and the record supports, that she was born on January 1, 1965. ®. (doc. 11-1) 299.) Plaintiff also contends that her job descriptions were inaccurate in the magistrate judge's decision, but it appears that the magistrate judge used the terms for Plaintiff's past relevant work that were used by vocational expert Shelly Ike, who testified at Plaintiff's hearing before the ALJ on September 26, 2016. (*Id.* at 292-293.)

decision of the Commissioner is AFFIRMED.

SIGNED September 13, 2018.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE